IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TOM GREGORY, REG #08860-045                                                                 PLAINTIFF

v.                                       NO. 2:14CV00073 JLH

UNITED STATES OF AMERICA                                                                    DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (Document #30) submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. All pending motions are denied.

DATED this 28th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE