**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TOM GREGORY, REG #08860-045                                              PLAINTIFF

v.                                            NO. 2:14CV00073 JLH

UNITED STATES OF AMERICA                                                 DEFENDANT

**JUDGMENT**

      Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.

      DATED this 28th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE